```
1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  Federal Building
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4036
5
   Attorneys for Defendant
6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARRY GAMOTAN, | ) | 1:05-cV-0743 TAG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER TO EXTEND |
| v. | ) | TIME |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from February 21, 2006 to March 24, 2006.

///
///
///
///
///
///
///

1

1 | This is defendant's first request for an extension of time to
2 | file defendant's opposition to plaintiff's opening brief.
3 | Defendant requests the additional time to further review the
4 | file and prepare a response in this matter.
5 | Respectfully submitted,
6 |
7 | Dated: February 15, 2006          /s/ Marc V. Kalagian
                                      (As authorized via facsimile)
8 |                                   MARC V. KALAGIAN
                                      Attorney for Plaintiff
9 |
10 |
11 | Dated: February 15, 2006         McGREGOR W. SCOTT
                                      United States Attorney
12 |
13 |
14 |                                  /s/ Kristi C. Kapetan
                                      KRISTI C. KAPETAN
                                      Assistant U.S. Attorney
15 |
16 |
   | IT IS SO ORDERED:
17 |
18 | Dated: 2/16/2006
19 |                                  THE HONORABLE THERESA A. GOLDNER
                                      United States Magistrate Judge
20 |