1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4036
5
   Attorneys for Defendant
6
7
8              IN THE UNITED STATES DISTRICT COURT FOR THE
9                    EASTERN DISTRICT OF CALIFORNIA
10
11
   HARRY GAMOTAN,                  )   1:05-cv-0743 TAG
12                                 )
               Plaintiff,          )   STIPULATION AND ORDER
13                                 )   AWARDING EAJA ATTORNEY FEES
               v.                  )
14                                 )
   JO ANNE B. BARNHART,            )
15 Commissioner of Social          )
   Security,                       )
16                                 )
               Defendant.          )
17 _____)

18      IT IS HEREBY STIPULATED by the parties through their

19 undersigned counsel, subject to the approval of the Court, that

20 counsel for plaintiff be awarded attorney fees under the Equal

21 Access to Justice Act in the amount of THREE THOUSAND SEVEN

22 HUNDRED DOLLARS AND NO CENTS ($3,700.00).  This amount represents

23 compensation for legal services rendered on behalf of plaintiff by

24 plaintiff's attorney in connection with this civil action for

25 services performed before the district court in accordance with 28

26 U.S.C. § 2412(d).

27 ///

28 ///

                                    1

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406 of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: September 27, 2006   McGREGOR W. SCOTT
United States Attorney

/s/ Kristi C. Kapetan
KRISTI C. KAPETAN
Assistant U.S. Attorney

Dated: September 27, 2006   /s/ Marc V. Kalagian
(As Authorized Via Facsimile)
MARC V. KALAGIAN
Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  **September 29, 2006**          **/s/ Theresa A. Goldner**
**j6eb3d**                              UNITED STATES MAGISTRATE JUDGE

2